BARRIE B. ELLISON v. JENNIFER M. ELLISON.

January 29, 1985.

Cross-petition for certification denied.

JOHN P. RENNA, COMMISSIONER OF COMMUNITY AFFAIRS, STATE OF NEW JERSEY v. RALPH MARQUEZ.

January 29, 1985.

Petition for certification denied.

ROBERT & RICHARD ASSOCIATES v. THE STATE OF NEW JERSEY, DIVISION OF PURCHASE & PROPERTY.

January 29, 1985.

Petition for certification granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to that court to hear the appeal on the merits.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. JOHN C. MURPHY.

January 29, 1985.

Petition for certification denied.